### JIM HARWELL v. THE STATE.

No. 1151. Decided April 26, 1911.

**Local Option—Statement of Facts—County Court.**

Where, upon appeal from a misdemeanor conviction, it appeared from the record that the statement of facts was not filed within the twenty days allowed after adjournment, the same was stricken out on motion of the State.

Appeal from the County Court of Johnson County. Tried below before the Hon. J. B. Haynes.

Appeal from a conviction of a violation of the local option law; penalty, a fine of $25 and thirty days confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

PRENDERGAST, JUDGE.—The appellant was convicted of violating the local option law in selling intoxicating liquors. The trial

was had at the November term, 1910, of the court. That court adjourned on November 5, 1910. In overruling the motion for new trial the appellant was allowed twenty days after adjournment to file a statement of facts and bills of exception. No other order was made and there was no authority under the law for extending the time longer. The statement of facts and bills of exception were not filed nor approved until January 26, 1911.

The Assistant Attorney-General has filed a motion to strike out the statement of facts and bills of exception because not filed within time. This motion is granted and the statement of facts and bills of exception stricken out.

There being no question raised that can be considered without a bill of exceptions or statement of facts, and the information, complaint and judgment being regular, the judgment is affirmed.

*Affirmed.*